UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40026-FDS |
| | ) | |
| SAMIR AL-MONLA | ) | |

MOTION TO AMEND CONDITIONS OF RELEASE

Defendant Samir Al-Monla respectfully moves to modify the hours of his liberty, from 8:00 a.m. to 10:00 p.m.

On March 13, 2007, this Court released Samir Al-Monla subject to electronic monitoring, but did not at the time specify the hours. The recollection of the Pretrial Services Officer was that the agreed hours of restriction were from 9:00 p.m. - 9:00 a.m., and by Memorandum dated March 21, 2007, she has recommended those hours. Undersigned counsel has consulted with Assistant United States Attorney B. Stephanie Siegmann, who concurs in defendant's request for a slightly longer period of liberty. Defendant is a realtor, whose hours generally depend on the vagaries of his clients. He is frequently in the office by 8:15 a.m., and can be showing apartments as late as 9:00 p.m. For these reasons, defendant asks for an additional hour both

morning and evening, and asks for a period of restriction between 10:00 p.m. and 8:00 a.m.

                                              SAMIR AL-MONLA
                                              By his attorney,

                                              /s/ Charles P. McGinty

                                              Charles P. McGinty
                                                B.B.O. #333480
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 21, 2007.

                                              /s/ Charles P. McGinty

                                              Charles P. McGinty